PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA )  Case No: 19-CR-02382-JAH
)
v. )
)
KEVIN NUNEZ )
)

2019 OCT 23 AM 11:31

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (✓) Ad Prosequendum             ( ) Ad Testificandum.
Name of Detainee:  KEVIN NUNEZ
Detained at (custodian): North County Correctional Facility, Los Angeles

Detainee is:  a.)  (✓) charged in this district by:
                  ( ) Indictment    (✓) Information    ( ) Complaint
                Charging Detainee With: 8 U.S.C. § 1324(a)(2)(B)(iii)
or    b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  (✓) return to the custody of detaining facility upon termination of proceedings
or    b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on November 4, at 10:30 a.m. in the courtroom of the Honorable John A. Houston for a Status Hearing.

I hereby attest and certify on 10/23/19
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

Signature: _____
Printed Name & Phone no.: Kevin L. Spencer
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

    (✓) Ad Prosequendum             ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/22/19
Date

United States District/Magistrate Judge (SEAL)

---

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if applicable): | ☑ Male    ☐ Female |
| Booking or Fed. Reg. #: 5715268 | DOB: 02/10/1998 |
| Facility Address: 29340 The Old Road | Race: Hispanic |
| Castaic, CA 91384 | FBI#: 99F0LDD5L |
| Facility Phone: (661) 295-7810 | |
| Currently Incarcerated For: Felony | |

## RETURN OF SERVICE

Executed on: _____    by: _____

(Signature)

Form Crim-48                                                               Revised 7/25/14